UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

CASE NO.:  1:16-cv-00070-SCJ

BRANDON EWAR,

       Plaintiff,

vs.

SPIMUTA OF GEORGIA, INC.
TONY NOVIELLO,

       Defendants.
_____/

**NOTICE OF DISMISSAL *WITH PREJUDICE***

Plaintiff BRANDON EWAR and Defendants SPIMUTA OF GEROGIA, INC. and TONY NOVIELLO settled this FLSA. Plaintiff hereby files Notice of Dismissal With Prejudice, under Federal Rule of Civil Procedure 41. [1]

---

[1] Plaintiff sought to recover payment for overtime wages and an equal amount of liquidated damages.  Plaintiff represents and acknowledges that he has reviewed his time records and that he is receiving *full* payment (i.e. $756.50) for his claim, including any and all alleged unpaid wages and liquidated damages that he claims to be owed by Defendants. Plaintiff also acknowledges that his counsel is receiving a separately negotiated amount for attorney's fees and costs totaling $3,400.00. No formal settlement agreement was executed and Defendants have already tendered payment and said funds are being held in trust pending the entry of an order of dismissal.  As a result, the resolution of this matter does not constitute a "compromise," which would involve Court review or approval pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). *See Mackenzie v. Kindred Hosps. East, LLC*, 276 F. Supp.2d 1211, 1217 (M.D. Fla. 2003) (explaining that "*Lynn's Food Stores* addresses judicial oversight of 'compromises' of FLSA claims [citation omitted].  There is no need for judicial scrutiny where, as here, the plaintiff acknowledges receipt of his full relief.

WHEREFORE, the Plaintiff respectfully request that the Court issue an Order dismissing the instant action, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 9, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Respectfully submitted,

**Loren Law Group**
100 South Pine Island Road
Suite 132
Plantation, Florida  33324
Tel:  (954) 585-4878
Fax: (954) 585-4886


 /s/ James M. Loren
James M. Loren
Bar No. 551363
E-mail: JLoren@lorenlaw.com
COUNSEL FOR PLAINTIFF

SERVICE LIST

Spimuta of Georgia, Inc.
Tony Noviello
1271 Sheridan Road
Fulton, GA 30324
VIA E-MAIL